UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Trenton Division

| | |
|---|---|
| Carl W. Ulrich, individually and on behalf of all others similarly situated;<br>Plaintiff, | Case No. 3:19-cv-12377<br><br>CIVIL ACTION |
| v. | |
| First Source Advantage, LLC and John Does 1-25.<br>Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 1, 2019

Respectfully Submitted,

/s/David Paul Force
David Paul Force Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
dforce@steinsakslegal.com

So Ordered this 5th day of August, 2019

_Michael Shipp_
Hon. Michael Shipp, USDJ